IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZERRICK MONET NAYLOR, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:13-CV-645-WHA |
| | )                [WO] |
| | ) |
| SECURITY SERVICE OFFICER | ) |
| CHRIS FAISON, *et al.*, | ) |
| | ) |
|   Defendants. | ) |

## OPINION and ORDER

On August 17, 2016, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Doc. 41. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and it is hereby ORDERED as follows:

    1. Defendants' motions for summary judgment (Docs. 14, 19, 23) are GRANTED;

    2. This case is DISMISSED with prejudice;

    3. Judgment is ENTERED in favor of Defendants and against the Plaintiff.

    Final Judgment will be entered in favor of Defendants.

    Done, this  12th   day of September, 2016.

                                                  /s/ W. Harold Albritton
                                            SENIOR UNITED STATES DISTRICT JUDGE